## ATTACHMENT A-2

### Property to be searched

This warrant applies to records and information associated with the cellular device(s) assigned call number (802) 696-9060 (Target Phone #2) whose service provider is AT&T (hereafter, "the provider"), a company that operates at 11760 U.S. Highway One, 6th Floor, North Palm Beach, Florida.