U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2022 JUN 30 PM 3: 18

CLERK

BY  AL
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 2:22-cr-00003 |
| ) | |
| SAMUEL COLBY, ) | |
| Defendant ) | |

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about January 6, 2022, in the District of Vermont, the defendant, SAMUEL COLBY, obstructed, delayed, and affected commerce by robbery at the Circle K convenience store in Springfield, Vermont.

(18 U.S.C. § 1951(a))

1

## COUNT TWO

On or about January 6, 2022, in the District of Vermont, the defendant, SAMUEL COLBY, obstructed, delayed, and affected commerce by robbery at the Allen Brothers convenience store and gas station in Westminster, Vermont.

(18 U.S.C. § 1951(a))

## COUNT THREE

On or about January 8, 2022, in the District of Vermont, the defendant, SAMUEL COLBY, by force and violence, and by intimidation, took from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of the 802 Credit Union, an institution whose deposits were then insured by the National Credit Union Administration Board.

(18 U.S.C. § 2113(a))

## COUNT FOUR

On or about January 10, 2022, in the District of Vermont, the defendant, SAMUEL COLBY, by force and violence, and by intimidation, took from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of the People's United Bank branch in Springfield, Vermont, an institution whose deposits were then insured by the Federal Deposit Insurance Corporation.

(18 U.S.C. § 2113(a))

## COUNT FIVE

On or about January 13, 2022, in the District of Vermont, the defendant, SAMUEL COLBY, knowingly and intentionally entered and attempted to enter the 802 Credit Union, an institution whose deposits were then insured by the National Credit Union Administration Board, with the intent to commit a felony affecting such 802 Credit Union, to wit: bank robbery and larceny.

(18 U.S.C. § 2113(a))

## COUNT SIX

On or about January 14, 2022, in the District of Vermont, the defendant, SAMUEL COLBY, obstructed, delayed, and affected commerce by robbery at the Family Dollar store in Springfield, Vermont.

(18 U.S.C. § 1951(a))

A TRUE BILL

REDACTED
FOREPERSON

NIKOLAS P. KEREST (JAO)
United States Attorney
Burlington, Vermont
June 30, 2022